UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Robert Lee Grady**  Docket No. 7:00-CR-89-1BO

**Petition for Action on Supervised Release**

COMES NOW David W. Leake, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Robert Lee Grady, who, upon an earlier plea of guilty to Assault With a Deadly Weapon on a United States Postal Employee, in violation of 18 U.S.C. § 111(a)(b), and Use of a Firearm in Relation to a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1), was sentenced by the Honorable James C. Fox, U.S. District Judge, on March 19, 2001, to the custody of the Bureau of Prisons for a term of 216 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Robert Lee Grady was released from custody on April 8, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 31, 2017, the defendant reported to the U.S. Probation Office as requested and volunteered to submit to a drug test. However, during the collection of the test, it was discovered that he had a bottle of urine tied around his waist. While being questioned about the hidden bottle of urine, the defendant admitted that he smoked a marijuana cigarette on or about May 2, 2017. As a result of this admission to drug use, the defendant signed a Waiver of Hearing agreeing to have drug testing and drug treatment added as conditions of his supervision. Additionally, on April 13, 2016, the defendant agreed to pay $50 per month toward his financial obligation beginning May 5, 2016; however, he is on a fixed income and has fallen behind in his payments.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall begin making installments of $25 toward his financial obligation beginning July 15, 2017, and each month thereafter until the total amount is paid.

Except as herein modified, the judgment shall remain in full force and effect.

Robert Lee Grady
Docket No. 7:00-CR-89-1BO
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ David W. Leake<br>David W. Leake<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2045<br>Executed On: June 5, 2017 |

## ORDER OF THE COURT

Considered and ordered this ___5___ day of ___June___, 2017, and ordered filed and made a part of the records in the above case.

_/s/ Terrence Boyle_
Terrence W. Boyle
U.S. District Judge